Henry G. Manchester, Adm'r
vs.                             No. 80148.
Michael A. Scardazio

June 6, 1930.

BLODGETT, P. J. Heard upon motion of plaintiff for a re-hearing of a demurrer of defendant, sustained by this Court.

Upon a careful examination of the brief filed by attorney for the plaintiff, the Court declines to re-open said matter and the demurrer to said declaration is sustained.

Plaintiff may have fifteen days from the date hereof to amend declaration.

Plaintiff's exception is hereby noted. For plaintiff: James J. Corrigan. For defendant: John M. Clifford.